**Electronically Filed
Supreme Court
SCOT-11-0000628
31-AUG-2011
12:18 PM**

NO. SCOT-11-0000628

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ERNEST ALATAN and TONI ALATAN, Petitioners,

vs.

MARY KANEAKUA, Respondent.

ORIGINAL PROCEEDING

ORDER GRANTING PETITION FOR WRIT OF EXECUTION
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of the Petition for Issuance of a Writ of Execution filed by petitioners Ernest Alatan and Toni Alatan and the papers in support,

IT IS HEREBY ORDERED that the petition for a writ of execution is granted pursuant to HRS § 651-35 (1993). A Writ of Execution shall issue against the property of respondent judgment debtor, Mary Kaneakua, wherever the property is situated in the State of Hawai'i.

DATED: Honolulu, Hawai'i, August 31, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

